IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PAYTON LEE SYKES,            )<br>                              )<br>    Petitioner,              )<br>                              )      CIVIL ACTION NO.<br>    v.                        )        2:16cv473-MHT<br>                              )             (WO)<br>UNITED STATES OF AMERICA,     )<br>                              )<br>    Respondent.               )|

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner Payton Lee Sykes's petition for writ of habeas corpus (doc. no. 1) is granted.

(2) The sentence (doc. no. 51) entered in <u>United States v. Sykes</u>, 2:05cr18-01-MHT (M.D. Ala. January 26, 2006), is vacated.

(3) The clerk of court is to file this judgment, along with the companion opinion, in <u>United States v. Sykes</u>, 2:05cr18-01-MHT (M.D. Ala.).

(4) Petitioner Sykes is to remain in the custody of the Attorney General pending resentencing.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of July, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**